JOHN A. COZZONE & COMPANY, respondent,

*v.*

WILLIAM C. REDFIELD et al., appellant.

[Decided May 14th, 1928.]

On appeal from a decree of the court of chancery.

*Mr. Samuel Roessler,* for the respondent.

*Messrs. Autenrieth, Gannon & Wortendyke,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *98 N. J. Eq. 41.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 14.

*For reversal*—None.